# Third District Court of Appeal

## State of Florida

Opinion filed November 5, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0711
Lower Tribunal No. J23-1532
_____

**I.J., a Juvenile**,
Appellant,

vs.

**State of Florida**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Dawn Denaro, Judge.

Carlos J. Martinez, Public Defender and Andrew Stanton, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General and Daniel Colmenares, Assistant Attorney General , for appellee.

Before EMAS, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed. See State v. Quevedo, 357 So. 3d 1249, 1252 (Fla. 3d DCA 2023) (noting that on review of trial court's order on motion to dismiss due to Stand Your Ground immunity, "the trial court's factual findings are presumed correct and can be reversed only if they are not supported by competent substantial evidence"); Smith v. State, 969 So. 2d 452, 455 (Fla. 1st DCA 2007) (affirming jury finding that bottle of bleach can be used as deadly weapon); see also Robertson v. State, 829 So. 2d 901, 906 (Fla. 2002) (explaining tipsy coachman doctrine); § 776.041(2), Fla. Stat. (limiting use of self-defense by defendant who "[i]nitially provokes the use or threatened use of force against himself or herself").